# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stranch, Jane B. | Sixth Circuit Court of Appeals | 06/10/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Circuit Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

701 Broadway, Room 330
Nashville, TN 37203

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | BF Partners |
| 2. | Co-Executor | Estate #2 |
| 3. | Partner | BL Partners |
| 4. | Co-Trustee | G-G Trust - No Ownership |
| 5. | Trustee | G-S Trust |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 06/10/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Self-employed attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Environmental Law Moot Court | 02/22/2020 - 02/24/2020 | White Plains, NY | Moot Court Competition | Transportation, lodging, food |
| 2. | Seigenthaler-Southerland Cup | 03/20 - 21/2020 | Washington, DC | Moot Court Competition | Transporation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stranch, Jane B.** | 06/10/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 06/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Accounts | A | Interest | M | T | | | | | |
| 2. CapStar Bank Account | A | Interest | M | T | | | | | |
| 3. UBS Financial Services, Inc. Accounts (H) | | | | | | | | | |
| 4. - UBS Bank USA Deposit Account | A | Interest | K | T | | | | | |
| 5. - American Funds Capital Income Builder Fund | D | Dividend | M | T | | | | | |
| 6. - Virtus Emerging Mkts Opportunities Fund | A | Dividend | K | T | | | | | |
| 7. - Virtus Multi-Sector Short-Term Bond Fund | A | Dividend | K | T | | | | | |
| 8. - First Eagle Global Fund Class A | D | Dividend | N | T | | | | | |
| 9. - Lincoln Life Deferred Income Annuity | | None | N | T | | | | | |
| 10. CapStar Financial Holdings, Inc. Stock (CSTR) | B | Dividend | M | T | | | | | |
| 11. John Hancock USA Pension Plan #2 (H) | | | | | | | | | |
| 12. - American Funds 2025 TD | | None | N | T | | | | | |
| 13. | | | | | Sold (part) | 03/31/20 | J | | |
| 14. | | | | | Sold (part) | 06/30/20 | J | | |
| 15. | | | | | Sold (part) | 09/30/20 | J | | |
| 16. | | | | | Sold (part) | 12/31/20 | J | | |
| 17. - American Funds 2035 TD | | None | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 06/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 03/31/20 | J | | |
| 19. | | | | | Sold (part) | 06/30/20 | J | | |
| 20. | | | | | Sold | 07/08/20 | N | | |
| 21.    - American Funds Capital Income Builder | None | N | T | | | | | | |
| 22. | | | | | Sold (part) | 03/31/20 | J | | |
| 23. | | | | | Sold (part) | 06/30/20 | J | | |
| 24. | | | | | Sold (part) | 09/30/20 | J | | |
| 25. | | | | | Sold (part) | 12/31/20 | J | | |
| 26.    - Parnassus Core Equity Fund | None | M | T | | | | | | |
| 27. | | | | | Sold (part) | 03/31/20 | J | | |
| 28. | | | | | Sold (part) | 06/30/20 | J | | |
| 29. | | | | | Sold (part) | 09/30/20 | J | | |
| 30. | | | | | Sold (part) | 12/31/20 | J | | |
| 31.    - Undiscovered Mgr Behavorial Value Fund | None | M | T | | | | | | |
| 32. | | | | | Sold (part) | 03/31/20 | J | | |
| 33. | | | | | Sold (part) | 06/30/20 | J | | |
| 34. | | | | | Sold (part) | 09/30/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 06/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Sold<br>(part) | 12/31/20 | J | | |
| 36.   -American Funds 2030 TD | None | N | T | | Buy | 07/08/20 | N | | |
| 37.   John Hancock USA Pension Plan #4 (H) | | | | | | | | | |
| 38.   - Invesco Developing Mkt Fund | None | M | T | | | | | | |
| 39. | | | | | Buy<br>(add'l) | 01/15/20 | J | | |
| 40. | | | | | Buy<br>(add'l) | 01/17/20 | J | | |
| 41. | | | | | Buy<br>(add'l) | 02/14/20 | J | | |
| 42. | | | | | Buy<br>(add'l) | 03/13/20 | J | | |
| 43. | | | | | Buy<br>(add'l) | 04/13/20 | J | | |
| 44. | | | | | Buy<br>(add'l) | 05/08/20 | J | | |
| 45. | | | | | Buy<br>(add'l) | 06/05/20 | J | | |
| 46. | | | | | Buy<br>(add'l) | 07/06/20 | J | | |
| 47. | | | | | Buy<br>(add'l) | 07/31/20 | J | | |
| 48. | | | | | Buy<br>(add'l) | 08/26/20 | J | | |
| 49. | | | | | Buy<br>(add'l) | 08/28/20 | J | | |
| 50. | | | | | Buy<br>(add'l) | 09/25/20 | J | | |
| 51. | | | | | Buy<br>(add'l) | 10/23/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 06/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Buy<br>(add'l) | 11/20/20 | J | | |
| 53. | | | | | Buy<br>(add'l) | 12/10/20 | J | | |
| 54. | | | | | Buy<br>(add'l) | 12/18/20 | J | | |
| 55. | | | | | Sold<br>(part) | 03/31/20 | J | | |
| 56. | | | | | Sold<br>(part) | 06/30/20 | J | | |
| 57. | | | | | Sold<br>(part) | 07/08/20 | N | | |
| 58. | | | | | Sold<br>(part) | 09/30/20 | J | | |
| 59. | | | | | Sold<br>(part) | 12/31/20 | J | | |
| 60.     - American Funds 2020 TD | None | O | T | | | | | | |
| 61. | | | | | Buy<br>(add'l) | 01/15/20 | J | | |
| 62. | | | | | Buy<br>(add'l) | 01/17/20 | J | | |
| 63. | | | | | Buy<br>(add'l) | 02/14/20 | J | | |
| 64. | | | | | Buy<br>(add'l) | 03/13/20 | J | | |
| 65. | | | | | Buy<br>(add'l) | 04/13/20 | J | | |
| 66. | | | | | Buy<br>(add'l) | 05/08/20 | J | | |
| 67. | | | | | Buy<br>(add'l) | 06/05/20 | J | | |
| 68. | | | | | Buy<br>(add'l) | 07/06/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 06/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 07/31/20 | J | | |
| 70. | | | | | Buy (add'l) | 08/26/20 | J | | |
| 71. | | | | | Buy (add'l) | 08/28/20 | J | | |
| 72. | | | | | Buy (add'l) | 09/25/20 | J | | |
| 73. | | | | | Buy (add'l) | 10/23/20 | J | | |
| 74. | | | | | Buy (add'l) | 11/20/20 | J | | |
| 75. | | | | | Buy (add'l) | 12/10/20 | J | | |
| 76. | | | | | Buy (add'l) | 12/18/20 | J | | |
| 77. | | | | | Sold (part) | 03/31/20 | J | | |
| 78. | | | | | Sold (part) | 06/30/20 | J | | |
| 79. | | | | | Sold (part) | 09/30/20 | J | | |
| 80. | | | | | Sold (part) | 12/31/20 | J | | |
| 81. | | | | | Sold (part) | 11/16/20 | L | | |
| 82. - American Funds American Balanced Fund | None | | O | T | | | | | |
| 83. | | | | | Buy (add'l) | 01/15/20 | J | | |
| 84. | | | | | Buy (add'l) | 01/17/20 | J | | |
| 85. | | | | | Buy (add'l) | 02/14/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stranch, Jane B.** | 06/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Buy<br>(add'l) | 03/13/20 | J | | |
| 87. | | | | | Buy<br>(add'l) | 04/13/20 | J | | |
| 88. | | | | | Buy<br>(add'l) | 05/08/20 | J | | |
| 89. | | | | | Buy<br>(add'l) | 06/05/20 | J | | |
| 90. | | | | | Buy<br>(add'l) | 07/06/20 | J | | |
| 91. | | | | | Buy<br>(add'l) | 07/31/20 | J | | |
| 92. | | | | | Buy<br>(add'l) | 08/26/20 | J | | |
| 93. | | | | | Buy<br>(add'l) | 08/28/20 | J | | |
| 94. | | | | | Buy<br>(add'l) | 09/25/20 | J | | |
| 95. | | | | | Buy<br>(add'l) | 10/23/20 | J | | |
| 96. | | | | | Buy<br>(add'l) | 11/20/20 | J | | |
| 97. | | | | | Buy<br>(add'l) | 12/10/20 | J | | |
| 98. | | | | | Buy<br>(add'l) | 12/18/20 | J | | |
| 99. | | | | | Sold<br>(part) | 03/31/20 | J | | |
| 100. | | | | | Sold<br>(part) | 06/30/20 | J | | |
| 101. | | | | | Sold<br>(part) | 09/30/20 | J | | |
| 102. | | | | | Sold<br>(part) | 12/31/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 06/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold<br>(part) | 11/16/20 | J | | |
| 104. - Undiscovered Mgr Behavioral Value Fund | None | | N | T | | | | | |
| 105. | | | | | Buy<br>(add'l) | 01/15/20 | J | | |
| 106. | | | | | Buy<br>(add'l) | 01/17/20 | J | | |
| 107. | | | | | Buy<br>(add'l) | 02/14/20 | J | | |
| 108. | | | | | Buy<br>(add'l) | 03/13/20 | J | | |
| 109. | | | | | Buy<br>(add'l) | 04/13/20 | J | | |
| 110. | | | | | Buy<br>(add'l) | 05/08/20 | J | | |
| 111. | | | | | Buy<br>(add'l) | 06/05/20 | J | | |
| 112. | | | | | Buy<br>(add'l) | 07/06/20 | J | | |
| 113. | | | | | Buy<br>(add'l) | 07/31/20 | J | | |
| 114. | | | | | Buy<br>(add'l) | 08/26/20 | J | | |
| 115. | | | | | Buy<br>(add'l) | 08/28/20 | J | | |
| 116. | | | | | Buy<br>(add'l) | 09/25/20 | J | | |
| 117. | | | | | Buy<br>(add'l) | 10/23/20 | J | | |
| 118. | | | | | Buy<br>(add'l) | 11/20/20 | J | | |
| 119. | | | | | Buy<br>(add'l) | 12/10/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

# FINANCIAL DISCLOSURE REPORT

Page 11 of 22

**Name of Person Reporting**

Stranch, Jane B.

**Date of Report**

06/10/2021

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 12/18/20 | J | | |
| 121. | | | | | Sold (part) | 03/31/20 | J | | |
| 122. | | | | | Sold (part) | 06/30/20 | J | | |
| 123. | | | | | Sold (part) | 09/30/20 | J | | |
| 124. | | | | | Sold (part) | 12/31/20 | J | | |
| 125.   - T. Rowe Price Sci & Tech Fund | None | N | T | | | | | | |
| 126. | | | | | Buy (add'l) | 01/15/20 | J | | |
| 127. | | | | | Buy (add'l) | 01/17/20 | J | | |
| 128. | | | | | Buy (add'l) | 02/14/20 | J | | |
| 129. | | | | | Buy (add'l) | 03/13/20 | J | | |
| 130. | | | | | Buy (add'l) | 04/13/20 | J | | |
| 131. | | | | | Buy (add'l) | 05/08/20 | J | | |
| 132. | | | | | Buy (add'l) | 06/05/20 | J | | |
| 133. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 134. | | | | | Buy (add'l) | 07/31/20 | J | | |
| 135. | | | | | Buy (add'l) | 08/26/20 | J | | |
| 136. | | | | | Buy (add'l) | 08/28/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 06/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Buy<br>(add'l) | 09/25/20 | J | | |
| 138. | | | | | Buy<br>(add'l) | 10/23/20 | J | | |
| 139. | | | | | Buy<br>(add'l) | 11/20/20 | J | | |
| 140. | | | | | Buy<br>(add'l) | 12/10/20 | J | | |
| 141. | | | | | Buy<br>(add'l) | 12/18/20 | J | | |
| 142. | | | | | Sold<br>(part) | 03/31/20 | J | | |
| 143. | | | | | Sold<br>(part) | 06/30/20 | J | | |
| 144. | | | | | Sold<br>(part) | 09/30/20 | J | | |
| 145. | | | | | Sold<br>(part) | 12/31/20 | J | | |
| 146. -BlueChip Grownth Fund | None | | N | T | Buy | 07/08/20 | N | | |
| 147. | | | | | Buy<br>(add'l) | 07/31/20 | J | | |
| 148. | | | | | Buy<br>(add'l) | 08/26/20 | J | | |
| 149. | | | | | Buy<br>(add'l) | 08/28/20 | J | | |
| 150. | | | | | Buy<br>(add'l) | 09/25/20 | J | | |
| 151. | | | | | Buy<br>(add'l) | 10/23/20 | J | | |
| 152. | | | | | Buy<br>(add'l) | 11/20/20 | J | | |
| 153. | | | | | Buy<br>(add'l) | 12/10/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 06/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Buy<br>(add'l) | 12/18/20 | J | | |
| 155. | | | | | Sold<br>(part) | 09/30/20 | J | | |
| 156. | | | | | Sold<br>(part) | 12/31/20 | J | | |
| 157. | | | | | Sold<br>(part) | 11/16/20 | K | | |
| 158. BF Partners (H) | | | | | | | | | |
| 159. - Pinnacle Bank Account | A | Interest | M | T | | | | | |
| 160. - Investment Property, Nashville, TN<br>(Appraisal 4/09) | | None | P1 | Q | | | | | |
| 161. Northwestern Mutual: Whole Life Policy | C | Dividend | M | T | | | | | |
| 162. Pinnacle Bank Accounts | A | Interest | N | T | | | | | |
| 163. IRA #3 (H) | | | | | | | | | |
| 164. - Delaware Value Fund Institutional Class I | A | Dividend | K | T | | | | | |
| 165. - RMB Mendon Financial Services Fund<br>Class A | | None | | | Sold | 03/04/20 | J | | |
| 166. - First Eagle Global Funds Class I | A | Dividend | K | T | | | | | |
| 167. - The Income Fund of America Fund Class<br>F2 | A | Dividend | K | T | | | | | |
| 168. - Loomis Sayles Global Equity and Income<br>Fund CL Y | B | Dividend | K | T | | | | | |
| 169. - Thornburg Income Builder CL I | A | Dividend | K | T | | | | | |
| 170. - Victory Trivalent Int'l Sm Cap | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 06/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. - Alpha Centric Inc. Opport Fund Class A | A | Dividend | K | T | | | | | |
| 172. - UBS Bank USA Deposit Account | A | Interest | J | T | | | | | |
| 173. -Firsthand Tech Opp Fund | B | Dividend | J | T | Buy | 03/24/20 | J | | |
| 174. -Pimco Income Fund Class 12 | A | Dividend | K | T | | | | | |
| 175. -Virtus Small Cap Class 1 | A | Dividend | J | T | | | | | |
| 176. -Blackrock Health Sciences Fund Institutional Class | A | Dividend | J | T | | | | | |
| 177. -Cohen & Steers Real Est Sec Fund | A | Dividend | J | T | | | | | |
| 178. IRA #4 (H) | | | | | | | | | |
| 179. - Delaware Value Fund Institutional Class I | A | Dividend | J | T | | | | | |
| 180. - RMB Mendon Financial Services Fund Class A | | | | | Sold | 03/24/20 | J | | |
| 181. - First Eagle Global Funds Class I | A | Dividend | J | T | | | | | |
| 182. - The Income Fund of America Fund Class F2 | A | Dividend | J | T | | | | | |
| 183. - Loomis Sayles Global Allocation Fund Class Y | A | Dividend | J | T | | | | | |
| 184. - Thornburg Income Builder Class I | A | Dividend | J | T | | | | | |
| 185. -Victory Trivalent Int'l Small Cap Fund Class Y | A | Dividend | J | T | | | | | |
| 186. -UBS Bank USA Deposit Account | | None | J | T | | | | | |
| 187. -Pimco Income Fund Class 12 | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 06/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | Sold<br>(part) | 03/24/20 | J | | |
| 189.  -Alpha Cenetric Inc. Opportunities Fund | A | Dividend | J | T | | | | | |
| 190. | | | | | Buy<br>(add'l) | 03/24/20 | J | | |
| 191.  -Virtus Kar Small Cap Core Fund | A | Dividend | J | T | | | | | |
| 192.  -Blackrock Health Sciences Fund<br>Institutional Class | A | Dividend | J | T | | | | | |
| 193.  -Cohen & Steers Real Est Sec Fund | A | Dividend | J | T | | | | | |
| 194.  -Firsthand Tech Opp Fund | A | Dividend | J | T | Buy | 03/24/20 | J | | |
| 195.  Estate #2 (H) | | | | | | | | | |
| 196.  -Pinnacle Bank Account | | None | J | T | | | | | |
| 197.  -UBS Bank USA Deposit Account | A | Interest | J | T | | | | | |
| 198.  Trust #1 (H) G-S Trust | | | | | | | | | |
| 199.  -UBS Bank USA Deposit Account | A | Interest | L | T | | | | | |
| 200.  -AIG Focused Div Strategy Class W | | None | | | | | | | |
| 201. | | | | | Sold<br>(part) | 01/06/20 | J | | |
| 202. | | | | | Sold<br>(part) | 02/20/20 | J | | |
| 203. | | | | | Sold | 03/04/20 | K | | |
| 204.  -Blackrock Health Sciences Fund<br>Institutional Class | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 06/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 03/13/20 | J | | |
| 206. | | | | | Sold (part) | 11/02/20 | J | A | |
| 207. | | | | | Sold (part) | 12/28/20 | J | A | |
| 208.   -Touchstone Inv Mid Cap Class Y | B | Dividend | K | T | | | | | |
| 209. | | | | | Sold (part) | 01/06/20 | J | A | |
| 210. | | | | | Sold (part) | 03/13/20 | J | | |
| 211. | | | | | Sold (part) | 11/02/20 | J | A | |
| 212. | | | | | Sold (part) | 12/28/20 | J | A | |
| 213.   -Victory Trivalent Int'l Small Cap Fund Class Y | A | Dividend | K | T | | | | | |
| 214. | | | | | Sold (part) | 03/13/20 | J | A | |
| 215. | | | | | Sold (part) | 12/28/20 | J | | |
| 216.   -Alger Spectra Class Z | B | Dividend | K | T | | | | | |
| 217. | | | | | Sold (part) | 01/06/20 | J | | |
| 218. | | | | | Sold (part) | 02/20/20 | J | A | |
| 219. | | | | | Sold (part) | 03/13/20 | J | | |
| 220. | | | | | Sold (part) | 11/02/20 | J | A | |
| 221. | | | | | Sold (part) | 12/28/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 06/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  -Alpha Centric Income Opport Class I | B | Dividend | K | T | | | | | |
| 223. | | | | | Sold (part) | 03/13/20 | J | A | |
| 224. | | | | | Sold (part) | 11/02/20 | J | | |
| 225. | | | | | Sold (part) | 11/25/20 | K | | |
| 226. | | | | | Buy (add'l) | 12/28/20 | K | | |
| 227.  -Nuveen Short Duration Hy Muni Bnd Class I | B | Dividend | K | T | | | | | |
| 228. | | | | | Sold (part) | 03/13/20 | J | | |
| 229. | | | | | Sold (part) | 11/02/20 | J | | |
| 230. | | | | | Sold (part) | 12/28/20 | J | | |
| 231.  -First Eagle Global Funds Class I (X) | A | Dividend | K | T | | | | | |
| 232. | | | | | Sold (part) | 01/06/20 | J | A | |
| 233. | | | | | Sold (part) | 03/13/20 | J | | |
| 234. | | | | | Sold (part) | 03/24/20 | J | | |
| 235. | | | | | Sold (part) | 11/02/20 | J | A | |
| 236. | | | | | Sold (part) | 12/28/20 | J | A | |
| 237.  -Janus Henderson Bal Class I | A | Dividend | K | T | | | | | |
| 238. | | | | | Sold (part) | 01/06/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 06/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. | | | | | Sold<br>(part) | 03/13/20 | J | | |
| 240. | | | | | Sold<br>(part) | 03/24/20 | J | | |
| 241. | | | | | Sold<br>(part) | 11/02/20 | J | A | |
| 242. | | | | | Sold<br>(part) | 12/28/20 | J | A | |
| 243.  -Loomis Sayles Global Allocation Fund<br>Class Y | B | Dividend | K | T | | | | | |
| 244. | | | | | Sold<br>(part) | 01/06/20 | J | A | |
| 245. | | | | | Sold<br>(part) | 02/20/20 | J | A | |
| 246. | | | | | Sold<br>(part) | 03/13/20 | J | | |
| 247. | | | | | Sold<br>(part) | 03/24/20 | J | | |
| 248. | | | | | Sold<br>(part) | 11/02/20 | J | A | |
| 249. | | | | | Sold<br>(part) | 12/28/20 | J | A | |
| 250.  -Thornburg Income Builder Class I | B | Dividend | K | T | | | | | |
| 251. | | | | | Sold<br>(part) | 01/06/20 | J | A | |
| 252. | | | | | Sold<br>(part) | 03/13/20 | J | | |
| 253. | | | | | Sold<br>(part) | 03/24/20 | J | | |
| 254. | | | | | Sold<br>(part) | 11/02/20 | J | | |
| 255. | | | | | Sold<br>(part) | 12/28/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 06/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256.  -8012 Nashville TN Appraisal 11-3-17 | | None | O | Q | | | | | |
| 257.  -Land Nashville TN Appraisal 2-8-18 | | None | L | Q | | | | | |
| 258.  -Rental property Nashville TN Appraisal 2-22-18 | D | Rent | M | Q | | | | | |
| 259.  -24.75% owner BL Partners, Nashville, TN | C | Rent | O | W | | | | | |
| 260.  -CapStar Financial Holdings, Inc. Stock | A | Dividend | K | T | | | | | |
| 261.  -Cohen & Steers Real Est Sec Fund | A | Dividend | K | T | | | | | |
| 262. | | | | | Sold<br>(part) | 03/13/20 | J | | |
| 263. | | | | | Sold<br>(part) | 12/28/20 | J | | |
| 264.  -BF Partners 5.62% | A | Interest | L | W | | | | | |
| 265.  -Fidelity Adv Strat Inc Fund | A | Dividend | | | Buy | 11/25/20 | K | | |
| 266. | | | | | Sold | 12/28/20 | K | | |
| 267.  -Firsthand Tech Opp Fund | B | Dividend | K | T | Buy | 03/24/20 | J | | |
| 268. | | | | | Sold<br>(part) | 11/02/20 | J | A | |
| 269. | | | | | Sold<br>(part) | 12/28/20 | J | B | |
| 270.  -Columbia Div Inc Fund | A | Dividend | K | T | Buy | 03/04/20 | K | | |
| 271. | | | | | Sold<br>(part) | 03/13/20 | J | | |
| 272. | | | | | Sold<br>(part) | 12/28/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 06/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. College America 529 Cap Inc Bldr CIB A | | None | J | T | | | | | |
| 274. BL Partners, Nashville, TN | A | Rent | J | W | | | | | |
| 275. BP, Inc. Stock | | None | J | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

All Part VII, references by line listed below:

1.  Line 11, John Hancock USA Pension Plan #2 continuing through Line 36 contain units in a pooled investment account that is controlled by and held in the custody of John Hancock. No information is maintained at the participant level that applies to Column B and Column D(4) of this report.

2.  Line 37, John Hancock USA Pension Plan #4 continuing through Line 157 is for spouse and contain units in a pooled investment account that is controlled by and held in the custody of John Hancock. No information is maintained at the participant level that applies to Column B and Column D(4) of this report.

3.  Line 38, Oppenheimer merged with Invesco thereby joining Funds.  Accordingly, Oppenheimer Developing Market Fund is now Invesco Developing Market Fund.


Part I - Positions -

Line 4 - Co-Trustee G-G Trust - No Ownership.  In accordance with page 31 of the filing instructions, assets of the trust are not required to be reported in Part VII as the filer and her spouse, who have no dependent children, did not receive income from the trust, have no beneficial interest in principal or  income from the trust and were not involved in the creation of the trust.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Jane B. Stranch**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544